# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CECIL BOYETT,

    Petitioner,

v.

                                       No. CV 17-374 KG/CG

R.C. SMITH, et al.,

    Respondents.

## FINAL JUDGMENT

**THE COURT**, having issued an Order adopting the *Proposed Findings and Recommended Disposition* of Chief United States Magistrate Judge Carmen E. Garza, (Doc. 29), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Petitioner's *Motion Under 28 U.S.C. § 2254 to Vacate, Set Aside, or Correct Sentence by a Person in State Custody*, (Doc. 1), *Motion for Order of Release from Custody; Second Request for Appointment of Counsel*, (Doc. 19), and *Motion to Produce; or in the Alternative-Issuance of Subpoena to April Perea, State Trial Jury Member–Pursuant to Rule 45(3)(c)(i), Fed. Rules of Civil Procedure*, (Doc. 26), are **DENIED**, and this case is **DISMISSED WITH PREJUDICE**. Additionally, pursuant to Rule 11 of the Rules Governing Section 2254 Proceedings for the United States District Courts, the Court **DENIES** a certificate of appealability.

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE